ANDREW J. FRACKMAN (*pro hac* forthcoming)
AMY LAURENDEAU (S.B. #198321)
CARLOS M. LAZATIN (*pro hac* forthcoming)
HANNAH Y. CHANOINE (*pro hac* forthcoming)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6524
Telephone:     (212) 326-2000
Facsimile:      (212) 326-2061

Attorneys for Defendant
Samsung Electronics America, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| MARLETTA STINE, on behalf of herself and those similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>          Defendant. | Case No. 2:16-cv-02397-MCE-EFB<br><br>**ORDER GRANTING STIPULATION STAYING SAMSUNG'S RESPONSE DEADLINE PENDING MDL MOTION** |

This matter comes before the Court on the Parties' Stipulation Staying Samsung's Response Deadline Pending MDL Motion.  The Court has reviewed the evidence in question and, good cause appearing, GRANTS the parties' stipulation.

IT IS HEREBY ORDERED that Samsung's deadline to response to Stine's complaint is stayed pending further order of the Court. The time for Samsung to response to the complaint by answer or Rule 12 motion is hereby extended and continued until 30 days following entry of an order by the Judicial Panel on Multidistrict Litigation on Stine's Motion for Transfer of Related

Actions to the Central District of California Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings. This stay of Samsung's deadline to respond to the complaint is entered without prejudice to either party's ability to later petition the Court to lift the stay.

**IT IS SO ORDERED.**

**Dated: November 2, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE