ANDREW J. FRACKMAN (*pro hac* forthcoming)
AMY LAURENDEAU (S.B. #198321)
CARLOS M. LAZATIN (*pro hac* forthcoming)
HANNAH Y. CHANOINE (*pro hac* forthcoming)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6524
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

Attorneys for Defendant
Samsung Electronics America, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| MARLETTA STINE, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. 2:16-cv-02397-MCE-EFB<br><br>**ORDER GRANTING STIPULATION CONTINUING SAMSUNG'S DEADLINE FOR RESPONDING TO COMPLAINT** |

Having reviewed the Parties' Stipulation Continuing Samsung's Response Deadline, and, good cause appearing, the deadline for Defendant Samsung Electronics America, Inc. to respond to Plaintiff Stine's complaint is hereby continued until March 30, 2017.

IT IS SO ORDERED.

Dated:  January 10, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE